No. 91–96.   LUPO ET AL. *v.* COHEN.   C. A. 8th Cir.   Certiorari denied.

No. 91–97.   STOUT *v.* UNITED STATES (two cases).   C. A. 3d Cir.   Certiorari denied.

No. 91–98.   WHITE BUDD VAN NESS PARTNERSHIP *v.* MAJOR-GLADYS DRIVE JOINT VENTURE.   Ct. App. Tex., 9th Dist.   Certiorari denied.

No. 91–100.   ROPER *v.* CONSURVE, INC., DBA BANKAMERICARD CENTER, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 91–102.   STUDIO 21, LTD., ET AL. *v.* VIDEO VIEWS, INC.   C. A. 7th Cir.   Certiorari denied.

No. 91–103.   INDIANA *v.* DOWELL.   Ct. App. Ind.   Certiorari denied.

No. 91–104.   WEBSTER *v.* DEPARTMENT OF THE ARMY.   C. A. Fed. Cir.   Certiorari denied.

No. 91–105.   VILLANUEVA *v.* WELLESLEY COLLEGE.   C. A. 1st Cir.   Certiorari denied.

No. 91–106.   LOCUS *v.* FAYETTEVILLE STATE UNIVERSITY ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 91–107.   MANCUSI *v.* AL-JUNDI, AKA DEANE, ET AL.; and No. 91–115.   OSWALD, VOLUNTARY ADMINISTRATOR OF THE ESTATE OF OSWALD, DECEASED *v.* AL-JUNDI, AKA DEANE, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 91–108.   DIPILLA ET AL. *v.* AMSOUTH BANK N. A. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 91–109.   CLAY *v.* METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY.   Ct. App. Tenn.   Certiorari denied.

No. 91–111.   BERNARDSVILLE QUARRY, INC. *v.* BOROUGH OF BERNARDSVILLE.   C. A. 3d Cir.   Certiorari denied.